UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DANIEL S. BICZ,

    Plaintiff,

v.

Case No.: 8:17-cv-1840-EAK-CPT

COLLIERS INTERNATIONAL OF DETROIT, LLC, et al.,

    Defendants.

## ORDER

Currently before the undersigned is the Report and Recommendation ("**R&R**") of United States Magistrate Judge Christopher P. Tuite. (Doc. 160). By his R&R, Judge Tuite recommends that Defendants Chris Kirwin's, Patrich Jett's, Randall Book's, and Colliers International Detroit, LLC's ("**Colliers**") motions to dismiss, (Docs. 93, 97, 125), be granted in part and denied in part, (Doc. 160). Jett, Book, and Colliers object in part. (Doc. 279). Bicz responds in opposition to the objections. (Doc. 165).

Under the Federal Magistrates Act ("**Act**"), Congress vests Article III judges with the power to "designate a magistrate judge to hear and determine any pretrial matter pending before the court," subject to various exceptions. 28 U.S.C. § 636(b)(1)(A). The Act further vests magistrate judges with authority to submit proposed findings of fact and recommendations for disposition by an Article III judge.

Id. § 636(b)(1)(B). "Within fourteen days[1] after being served with a copy [of a magistrate judge's report and recommendation], any party may serve and file written objections to [the magistrate judge's] proposed findings and recommendations." Id. § 636(b)(1). On review, the district judge "shall make a de novo determination of those portions of the report . . . to which objection is made." Id. When no timely and specific objections are made, caselaw indicates the district judge should review the magistrate judge's proposed findings and recommendations using a clearly erroneous standard. See Gropp v. United Airlines, Inc., 817 F. Supp. 1558, 1562 (M.D. Fla. 1993).

The Court has conducted a searching, de novo review of those findings and recommendations to which Jett, Book, and Colliers object. Upon careful consideration, the undersigned concludes that the objections lack merit. The objections are **OVERRULED**. As to those findings and recommendations to which no objection was made, the undersigned concludes that those findings and recommendations are well-reasoned, correct, and not clearly erroneous.

Accordingly, Judge Tuite's R&R, (Doc. 160), is **AFFIRMED** and **ADOPTED** and **INCORPORATED BY REFERENCE** into this Order for all purposes, including appellate review. Kirwin's, Jett's, Book's, and Colliers' motions to dismiss, (Docs. 93, 97, 125), are **GRANTED IN PART** and **DENIED IN PART** as follows:

---

[1] Here, Judge Tuite ordered any objections be filed within seven days. (Doc. 160). Upon motion by Jett, Book, and Colliers, the undersigned allotted an additional three days. (Doc. 163).

1. Kirwin is **DISMISSED** from the litigation for want of personal jurisdiction.

2. Count IV of Bicz's third amended complaint, (Doc. 91), is **DISMISSED** pursuant to Rule 12(b)(6), Fed. R. Civ. P.

3. Counts I–III of Bicz's third-amended complaint survive.

Jett, Book, and Colliers shall answer the allegations against them on or before October 9, 2019. Further, on or before October 16, 2019, the parties shall confer for the purposes of preparing and filing a joint, second-amended case management report. The parties shall file the second-amended case management report, which shall include new proposed dates for all remaining case dates and deadlines, on or before October 24, 2019.

**ORDERED** in Chambers, in Tampa, Florida, this 26th day of September, 2019.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel/Parties of Record

3